


**SUROVELL ISAACS PETERSEN & LEVY** PLC

ROBERT J. SUROVELL
DOROTHY M. ISAACS*
DAVID M. LEVY
SCOTT A. SUROVELL*
J. CHAPMAN PETERSEN*+
CORY FREDERICK GORJUP*
JENNIFER B. BAUMGARTNER
CAMILLE ALLAN CRANDALL
JASON E. BRAUN
NATHAN D. ROZSA
JASON F. ZELLMAN
MICHELE L. JOSEPH
KRISTI CAHOON KELLY*
ERIN E. WITTE
ANDREW R. TANK
ANDREW J. GUZZO
MARGARET B. CRAIG

OF COUNSEL
DAVID J. FUDALA*
G. DONALD MARKLE*

* ALSO ADMITTED IN DC
+ ALSO ADMITTED IN MD

WRITER'S DIRECT DIAL: 703.277.9706
WRITER'S EMAIL: OMACIAS@SIPLFIRM.COM

May 7, 2012

*by regular mail*

Fernando Galindo, Clerk of Court
Spottswood W. Robinson III and Robert R. Merhige, Jr., Federal Courthouse
701 East Broad Street #3000
Richmond, VA 23219

>   re: *Steven A. Orebaugh, et al. v. Glasser and Glasser, PLC*
>   *Civil Action No. 3:12cv274*

Dear Clerk Galindo:

Enclosed please find a copy of the executed summons issued for the case referenced above to Defendant, Glasser and Glasser, PLC.

Thank you for your attention in this matter. Should you have any questions or need additional information, please do not hesitate to contact me.

Very Truly Yours,

Olga CJ Macias
Legal Assistant to Kristi Cahoon Kelly, Esq.

Enclosures

cc: Kristi C. Kelly, Esq.
Scott A. Surovell, Esq.
Dale W. Pittman, Esq.
Leonard A. Bennett, Esq.
Susan M. Rotkis, Esq.
Matthew J. Erausquin, Esq.