# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

**STEVEN A. OREBAUGH,** *et al.***,**

        Plaintiffs,

v.                                  Civil Action No. 3:12cv274

**GLASSER AND GLASSER, P.L.C.,**

        Defendant.

## PLAINTIFFS' CONSENT TO DEFENDANT'S MOTION TO TRANSFER VENUE

COMES NOW the Plaintiffs, STEVEN OREBAUGH AND ELIZABETH OREBAUGH ("Plaintiffs"), by counsel, and for their Response to Defendant's Motion to Transfer Venue, Plaintiffs hereby consent based upon the following reasons:

1.    On April 13, 2012, Plaintiffs filed this action alleging that Defendant violated the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692, *et seq.*, ("FDCPA") by, among other things, failing to identify the correct creditor and by making false statements in connection with Defendant's attempt to collect an alleged delinquent home mortgage obligation.

2.    In response to the Complaint, Defendant's filed a Motion to Transfer Venue from the Richmond Division of the Eastern District of Virginia to the Norfolk Division. In support of its Motion, Defendant contends that the convenience of the parties and the witnesses require transfer of this action to Norfolk Division.

3.    A motion to transfer a case from one district court to another district court is addressed in 28 U.S.C. § 1404(a), which provides "[f]or the convenience of the parties and witnesses, in the interests of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all the

parties have consented." 28 U.S.C. § 1404(a). Moreover, §1404 (a) "is intended to place discretion in the district court to adjudicate motions for transfer according to an individualized, case-by-case consideration of convenience and fairness." *Stewart Org., Inc. v. Ricoh, Inc.*, 487 U.S. 22, 29 (1998).

    4.    Plaintiffs consent to Defendant's request to transfer venue from the Eastern District of Virginia's Richmond Division to the Norfolk Division.

## CONCLUSION

    5.    Based on the consent of both parties to this action, Plaintiff requests that this action be transferred to the Norfolk Division of the United States District Court for the Eastern District of Virginia.

Respectfully submitted,

STEVEN A. OREBAUGH
and
ELIZABETH E. OREBAUGH
By Counsel


_____/s/_____
By: Susan M. Rotkis, VSB # 40693
Leonard A. Bennett, VSB #37523
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, Virginia 23601
(757) 930-3660
(757) 930-3662 Facsimile
lenbennett@clalegal.com
srotkis@clalegal.com

Kristi C. Kelly, Esq., VSB #72791
Scott A. Surovell, Esq., VSB # 40278
SUROVELL ISAACS PETERSEN & LEVY PLC
4010 University Drive, 2nd Floor
Fairfax, VA 22030
(703) 277-9774

        (703) 591-9285 Facsimile
kkelly@siplfirm.com
ssurovell@siplfirm.com

Dale W. Pittman, VSB#15673
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803
(804) 861-6000
(804) 861-3368 Facsimile
dale@pittmanlawoffice.com

Matthew J. Erausquin, VSB #65434
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Rd, Suite 600
Alexandria, VA 22314
(703) 273-7770
(888) 892-3512 Facsimile
matt@clalegal.com

Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th of June, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to (NEF) to the following:

James A. Cales, III, Esq., VSB #41317
Furniss, Davis, Rashkind and Saunders, P.C.
6160 Kempsville Circle, Suite 341B
Post Office Box 12525
Norfolk, Virginia 23541-0525
Tel. (757) 461-7100
Fax (757) 461-0083
jcales@furnissdavis.com
Counsel for Glasser and Glasser, P.L.C.

                                              /s/
                                    By: Susan M. Rotkis, VSB # 40693
                                    CONSUMER LITIGATION ASSOCIATES, P.C.
                                    763 J. Clyde Morris Blvd. Suite 1A

            Newport News, Virginia 23601
            (757) 930-3660
            (757) 930-3662 Facsimile
            srotkis@clalegal.com